UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5075**

Case Title: **Jenai Hayes, et al.**  vs. **Metro Gov't of Nashville & Davidson Cty**.

List all clients you represent in this appeal:

> Dr. Lily Moreno Leffler, Dr. James Bailey, Dr. Pippa Meriwether, and Dr. Damon Cathey

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Anne Hunter**       Signature: s/ **Anne Hunter**

Firm Name: **Hunter Law Firm PLC**

Business Address: **101 Creekside Crossing, Suite 1700-307**

City/State/Zip: **Brentwood, TN 37027**

Telephone Number (Area Code): **615-592-2977**

Email Address: **anne@hunteremploymentlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---